# UNITED STATES DISTRICT COURT
for the

_____ District of __NEVADA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:19-mj-00698-VCF |
| __ROMANA LEYVA__ ) | |
| ) | Charging District: Southern District of New York |
| _Defendant_ ) | Charging District's Case No. 1:19-cr-667-PAC |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court - Southern District of New York 500 Pearl St. New York, NY 10007 | Courtroom No.: 14C |
|---|---|
| | Date and Time: 10/16/2019 at 11:30 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: __September 19, 2019__

_Judge's signature_

__CAM FERENBACH, U.S. MAGISTRATE JUDGE__
_Printed name and title_



RECEIVED
SERVED ON
FILED
ENTERED       COUNSEL/PARTIES OF RECORD

SEP 19 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY